UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARRION W. GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:25-cv-00146-SRC |
| ) | |
| MICHAEL ALLEN, ) | |
| ) | |
| Defendant. ) | |

**Memorandum and Order**

On July 1, 2025, the Court granted Darrion Green leave to proceed *in forma pauperis*, assessed an initial partial filing fee of $1.18, and ordered Green to "pay that amount to the Clerk of Court no later than August 15, 2025." Doc. 12 at 2 (The Court cites to page numbers as assigned by CM/ECF.). "Green's failure to comply," the Court warned, "may result in the dismissal of this case without prejudice and without further notice." *Id.* at 2–3. To date, Green has not paid the $1.18 initial partial filing fee, requested more time to do so, or attempted to show that he has no assets or means to pay.

"A district court has the power to dismiss a litigant's cause of action when the litigant fails to comply with the court's orders." *Hutchins v. A.G. Edwards & Sons, Inc.*, 116 F.3d 1256, 1259 (8th Cir. 1997); *see also Walker v. Galbreth*, 382 F. App'x 522, 522 (8th Cir. 2010) (per curiam) (affirming dismissal of inmate's case for his failure to comply with a court order to pay the initial partial filing fee). Because Green did not comply with the Court's order, the Court dismisses this action without prejudice.

Accordingly, the Court dismisses this case without prejudice for Green's failure to pay his $1.18 initial partial filing fee to the Clerk of Court, as required by Court's July 1, 2025 order. A separate judgment accompanies this order.

So ordered this 29th day of August 2025.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE